## DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### FOURTH DISTRICT

**JOHN CAVALLO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2757

[August 12, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case No. 14-014260CF10A.

Antony P. Ryan, Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, and Valarie Linnen, Special Assistant Regional Counsel, Jacksonville, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Picard, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***